2608
18 USC 1343

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 13 A 12:00

UNITED STATES OF AMERICA )
 )                              CASE NUMBER  07CR2918-H
vs )
 )                              ABSTRACT OF ORDER
Emilio Lopez (2) )
 )                              Booking No.  056 55 298
 )
 )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __November 13, 2007__
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___✓___ Defendant released on $ __100,000 P/S__ bond posted.

___✓___ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

                _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other.

NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

                                                        OR
Received_____          by  /s/ _____
         DUSM                                       Deputy Clerk

Crim-9  (Rev 6-95)                                  ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY