| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | YESMIN E. SAIDE |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 067386 |
|   | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
|   | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-6755/(619) 557-7055 (Fax) |
|   | Email: yesmin.saide@usdoj.gov |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2918-W |
|  | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
|  | ) | |
| v. | ) | |
|  | ) | |
| ALEJANDRO LOPEZ, ET AL. | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Yesmin E. Saide | 067386 | (619) 557-6755 | yesmin.saide@usdoj.gov |
| Valerie Chu | 241709 | (619) 557-7837 | valerie.chu@usdoj.gov |

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3 | <u>Name</u>　　　　　　　<u>Cal. Bar No.</u>　<u>Telephone No.</u>　　<u>Email Address</u>

4 |

5 | Please call me if you have any questions about this notice.

6 | DATED: November 16, 2007

7 | 　　　　　　　　　　　　　　　　　　　Respectfully submitted,

8 | 　　　　　　　　　　　　　　　　　　　KAREN P. HEWITT
　　　　　　　　　　　　　　　　　　　　United States Attorney

9 |

10 |

11 | 　　　　　　　　　　　　　　　　　　　s/YESMIN E. SAIDE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

12 | 　　　　　　　　　　　　　　　　　　　United States of America
　　　　　　　　　　　　　　　　　　　　**Email: yesmin.saide@usdoj.gov**

Notice of Appearance
United States v. Lopez, et al.　　　　　2　　　　　　　07CR2918-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2918-W |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ALEJANDRO LOPEZ, ET AL. ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. : I have caused service of: Government's Notice of Appearance on the following parties by faxing a copy to: Ezekiel Cortez, Esq., Fax: 619-237-8052 (Def. 1); Gregory Vega, Esq., Fax 619-702-6814 (Def. 2); Kurt D. Hermansen, Esq., Fax: 619-236-8400 (Def. 3); and Scot Savary, Esq. 888-300-4339 (Def. 4) .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2007.

s/ Yesmin E. Saide
YESMIN E. SAIDE

Notice of Appearance
United States v. Lopez, et al.            3            07CR2918-W