**ORIGINAL**

AO 455(Rev. 5/85) Waiver of Indictment

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| EMILIO LOPEZ | CASE NUMBER 07 CR 2918 H |

I, EMILIO LOPEZ, the above named defendant, who is accused of: Title 18, U.S.C. Sec. 371 - Conspiracy to Commit Wire Fraud; Title 18, U.S.C. Sec. 981(A)(1)(C) and Title 28, U.S.C. Sec. 2461(c)- Forfeiture, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-13-07, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
EMILIO LOPEZ
Defendant

October 2, 2007
Date

_____
Gregory Vega
Attorney for Defendant

Before _____
JUDICIAL OFFICER


FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY