GREGORY A. VEGA, CA Bar No. 141477
SELTZER CAPLAN McMAHON VITEK
A Law Corporation
750 B Street, 2100 Symphony Towers
San Diego, California 92101
Telephone: (619) 685-3040
Facsimile: (619) 702.6814

Attorneys for Defendant
EMILIO LOPEZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EMILIO LOPEZ,<br><br>Defendant. | CASE NO. 07-CR-2918-H<br><br>MOTION TO MODIFY BOND TO ALLOW TRAVEL IN CALIFORNIA |

COMES NOW Defendant EMILIO LOPEZ, by and through his attorney, Gregory A. Vega, and respectfully moves the court for a modification of Defendant LOPEZ's conditions of bond in the above referenced case to allow him to travel within the state of California. Specifically, Defendant LOPEZ requests permission to travel to San Jose, California from the period of January 4, 2008 through January 8, 2008. LOPEZ's parents live in the San Jose area and he wishes to visit his parents for the weekend. Defendant LOPEZ was not able to visit his family over the holiday season. An opportunity has presented itself at this time and Defendant LOPEZ wishes to take advantage of it in order to spend some time with his parents. His current bond restricts his travel to the Southern District of California. Therefore, he is seeking a modification of this condition. Assistant United States Attorney, Yesmin E. Saide has stated that she has no opposition to this request.

1  Accordingly, Defendant LOPEZ respectfully requests that the court enlarge the
2  conditions of his bond to allow him to travel to San Jose, California for the period of January 4,
3  2008 and returning back to the San Diego on January 8, 2008.

Respectfully submitted,

SELTZER CAPLAN McMAHON VITEK
A Law corporation

Dated: _____            By:   s/Gregory A. Vega
                                      GREGORY A. VEGA
                                      Attorney for Defendant
                                      EMILIO LOPEZ