```
 1  GREGORY A. VEGA, CA Bar No. 141477
    SELTZER CAPLAN McMAHON VITEK
 2  A Law Corporation
 3  750 B Street, 2100 Symphony Towers
    San Diego, California 92101
 4  Telephone: (619) 685-3040
    Facsimile: (619) 702.6814
 5
 6  Attorneys for Defendant
    EMILIO LOPEZ
 7
```

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Marilyn L. Huff)

| UNITED STATES OF AMERICA, | CASE NO. 07-CR-2918-H |
|---|---|
| Plaintiff, | JOINT MOTION TO MODIFY CONDITIONS OF RELEASE TO ALLOW TRAVEL IN CALIFORNIA |
| vs. | |
| EMILIO LOPEZ, | |
| Defendant. | |

COME NOW the parties to the instant action, the United States of America, by and through Assistant United States Attorney, YESMIN E. SAIDE, and Defendant EMILIO LOPEZ, by and through his attorney, GREGORY A. VEGA, and respectfully jointly move this Court to Modify Conditions of Release as to Defendant LOPEZ in the above referenced case to allow him to travel within the state of California. Specifically, Defendant LOPEZ requests permission to travel to San Jose, California from the period of January 4, 2008 through January 8, 2008. LOPEZ's parents live in the San Jose area and he wishes to visit his parents for the weekend. Defendant LOPEZ was not able to visit his family over the holiday season. An opportunity has presented itself at this time and Defendant LOPEZ wishes to take advantage of it in order to spend some time with his parents. His current bond restricts his travel to the

Southern District of California. Therefore, he is seeking a modification of this condition. Pretrial Services Officer Luis Martinez has stated that he has no opposition to this request.

Accordingly, Defendant LOPEZ respectfully requests that the court enlarge the conditions of his bond to allow him to travel to San Jose, California for the period of January 4, 2008 and returning back to the San Diego on January 8, 2008.

Respectfully submitted,

SELTZER CAPLAN McMAHON VITEK
A Law corporation

Dated: 01-04-2008

By: /s/
GREGORY A. VEGA
Attorney for Defendant
EMILIO LOPEZ

Dated: 01-04-2008

KAREN P. HEWITT
United States Attorney

By: /s/
YESMIN E. SAIDE
Assistant United States Attorney