# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>EMILIO LOPEZ,<br><br>    Defendant. | CASE NO. 07-CR-2918-H<br><br>CERTIFICATE OF SERVICE |

I, the undersigned, declare under penalty of perjury that I am not under the age of eighteen years and not a party to this action. That my business address is 750 'B' Street, Suite 2100, San Diego, California 92101. That the ORIGINAL of a:

**Joint Motion to Modify Conditions of Release to Allow Travel in California**

was filed January 4, 2008, on the ECF system and served pursuant to General Order No. 550 upon the following:

Yesmin E. Saide
Assistant U.S. Attorney
United States Attorney's Office
880 Front Street,
San Diego, CA 92101-8893

Luis Martinez
Pretrial Services Officer
Via Facsimile at (619) 557-6729

Executed under penalty of perjury under the laws of the United States of America on this January 4, 2008 at San Diego, California.

_____
RAUL FLORES, JR.