UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>EMILIO LOPEZ,<br><br>　　　　　　Defendant. | CASE NO.  07-CR-2918 H<br><br>ORDER |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant EMILIO LOPEZ's conditions of bond be enlarged to allow him to travel to San Jose, California commencing January 4, 2008 and to return on or about January 8, 2008.

IT IS SO ORDERED.

Dated: January 4, 2008

　　　　　　　　　　　　　　　　　　HON. MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　United States District Judge

07-CR-2918 H