FILED
2008 JAN -4 PM 2:29
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Marilyn L. Huff)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 07-CR-2918 H |
| Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER |
| EMILIO LOPEZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant EMILIO LOPEZ's conditions of bond be enlarged to allow him to travel to San Jose, California commencing January 4, 2008 and to return on or about January 8, 2008.

IT IS SO ORDERED.

Dated: 1-4-08

HON. NITA STORMES
United States Magistrate-Judge

07-CR-2918 H