```
FILED
FEB 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY             DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07cr2918-H |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER OF CRIMINAL |
| v. | ) | FORFEITURE |
| | ) | |
| EMILIO LOPEZ (2), | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, in the Information in the above-captioned case, the United States sought forfeiture of all right, title and interest in specific properties of the above-named Defendant, EMILIO LOPEZ (2) ("Defendant"), pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), as property which constitutes or is derived from the proceeds traceable to the commission of the conspiracy of which the Defendant is convicted; and

WHEREAS, on or about November 13, 2007, the Defendant, pled guilty before Magistrate Judge Nita L. Stormes to the one-count Information, and on February 4, 2008, this Court accepted the guilty plea of Defendant, which plea included consent to the criminal forfeiture allegations pursuant to Title 18 and Title 28 as set forth in the Information and an agreement to the entry of a **$400,000** judgment against the Defendant in favor of the United States; and

WHEREAS, by virtue of the admissions of the Defendant set out in the plea agreement and guilty plea, the Court determined that **$400,000** (U.S. dollars) represents the proceeds the

1 | Defendant derived from the conspiracy to commit wire fraud, in violation of Title 18, United States
2 | Code, Section 371, as charged in the Information; and
3 |     WHEREAS, by virtue of said guilty plea and the Court's findings, the United States is now
4 | entitled to an Order of Forfeiture and a judgment in its favor against the Defendant in the amount
5 | of **$400,000**, pursuant to 21 U.S.C. § 853 and Rule 32.2(b) of the Federal Rules of Criminal
6 | Procedure; and
7 |     WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent
8 | that the forfeiture consists of a money judgment;" and
9 |     WHEREAS, by virtue of the facts set forth in the plea agreement, the United States has
10 | established the requisite nexus between the **$400,000** judgment and the offense; and
11 |     WHEREAS, the United States, having submitted the Order herein to the Defendant through
12 | his attorney of record, to review, and no objections having been received;
13 |     Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
14 |     1.    Defendant EMILIO LOPEZ (2) shall forfeit to the United States the sum of
15 | **$400,000** pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28,
16 | United States Code, Section 2461(c); and
17 |     2.    The Clerk of the Court is directed to enter a judgment in favor of the United States
18 | against Defendant EMILIO LOPEZ (2) in the amount of **$400,000** with interest to accrue thereon
19 | in accordance with law; and
20 |     3.    This Court shall retain jurisdiction in the case for the purpose of enforcing the order
21 | of forfeiture and collecting and enforcing the judgment; and
22 |     4.    Pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall be made final as to the
23 | Defendant at the time of sentencing and is part of the sentence and included in the judgment; and
24 |     5.    The United States may, at any time, move pursuant to Rule 32.2(e) to amend this
25 | Order of Forfeiture to substitute property having a value not to exceed **$400,000** to satisfy the
26 | money judgment in whole or in part; and
27 | //
28 | //

6. The United States may take any and all actions available to it to collect and enforce the judgment.

DATED: 2-4-08

_____
MARILYN L. HUFF, Judge
United States District Court

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | | |
|---|---|---|---|
| 3 | UNITED STATES OF AMERICA, | ) | Case No. 07cr2918-H |
| 4 | Plaintiff, | ) | CERTIFICATE OF SERVICE BY FACSIMILE |
| 5 | v. | ) | |
| 6 | EMILIO LOPEZ (2), | ) | |
| 7 | Defendant. | ) | |

STATE OF CALIFORNIA )
) ss.
COUNTY OF SAN DIEGO )

IT IS HEREBY CERTIFIED THAT:

I, Mary I. Apgar, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and,

On this date I transmitted via facsimile machine, at San Diego, California, , in the above-entitled action, a copy of **PRELIMINARY ORDER OF CRIMINAL FORFEITURE**, to Gregory A. Vega, at his correct and current facsimile number, (619) 685-3100.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2008.

_____
MARY I. APGAR