| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN<br>JD 15 ✓ |
|---|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | RECEIVED<br>U.S. MARSHAL<br>SOUTHERN DISTRICT OF<br>CALIFORNIA<br>2008 FEB 12 D 2:24 | COURT CASE NUMBER<br>07cr2918-H |
|---|---|---|
| DEFENDANT<br>EMILIO LOPEZ (2) | | TYPE OF PROCESS<br>RECORDATION **FILED** |

**FILED 2008 MAR 12 AM 8:28**
**CLERK US DIST ___ COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
BY ___ DEPUTY

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | FEDERAL BUREAU OF INVESTIGATION    ATTN: FORFEITURES |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)<br>9797 AERO DRIVE, SAN DIEGO CA 92123 |

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Yesmin E. Saide, Ass't United States Attorney
Office of the United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS ID 08-FBI-001062 - $400,000.00 Money Judgment

Attached are two certified and 2 additional copies each of the Judgment in a Criminal Case and Order of Criminal Forfeiture for the above-named defendant. Please have both the Judgment and Order recorded at the San Diego County Recorder's Office.

| Signature of Attorney or other Originator requesting service on behalf of:<br>_Yesmin E. Saide /mia_ Yesmin E. Saide [AUSA]  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER<br>(619) 557-7366 | DATE<br>2/5/08 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 98 | District to Serve<br>No. 98 | Signature of Authorized USMS Deputy or Clerk<br>C. Burch | Date<br>2/13/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above).<br>MARRIS | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 2/21/08  Time: 1:00 pm<br>Signature of U.S. Marshal or Deputy  #4022 |

| Service Fee<br>$45 | Total Mileage Charges (including endeavors)<br>$10.24 | Forwarding Fee | Total Charges<br>$55.24 | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|

REMARKS:

Judgment in a Criminal Case & Order of Criminal Forfeiture recorded with San Diego County Recorder 2/15/08, Document No. 2008-0081021; cost $34.

| PRIOR EDITIONS MAY BE USED | SEND ORIGINAL + 2 COPIES to USMS. | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

**1. CLERK OF COURT**  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt